

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00129-CR

_____

CARLA NEVIL RANSOM, a/k/a
CARLA NEVIL RANSOM KECK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court
Hunt County, Texas
Trial Court No. 23374

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Carla Nevil Ransom, a/k/a Carla Nevil Ransom Keck, has filed a notice of appeal from the adjudication of her guilt of possession of a controlled substance (methamphetamine, in an amount of less than one gram). On our review of the clerk's record, we noted that the trial court's certification of right of appeal stated that this was a plea agreement case and that Ransom has no right of appeal.

Unless a certification, showing that a defendant has the right of appeal, is in the record, we must dismiss the appeal. *See* TEX. R. APP. P. 25.2(d).

We sent a letter to Ransom's counsel, informing him of the defect in the record and requesting counsel to show this Court how we had jurisdiction over the appeal. Counsel has now verified that this was a plea agreement case.

Because the trial court's certification affirmatively shows Ransom has no right of appeal, because Ransom's counsel has verified that this was a plea bargain case, and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

We dismiss the appeal for want of jurisdiction.


Bailey C. Moseley
Justice


Date Submitted:     July 14, 2009
Date Decided:       July 15, 2009

Do Not Publish